VANESSA H. WIDENER (Bar No. 203967)
 vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
 jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff,
FEDERAL DEPOSIT INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

JOHN R. TATE (Bar No. 73836)
 johntate@dwt.com
MARY H. HAAS (Bar No. 149770)
 maryhaas@dwt.com
DAVIS WRIGHT TREMAINE, LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
TELEPHONE: (213) 633-6800 ♦ FACSIMILE: (213) 633-6899

PHILIP R. STEIN (Florida Bar No. 67278)
 pstein@bilzin.com
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131-5340
TELEPHONE: (305) 374-7580 ♦ FACSIMILE: (305) 374-7593

Attorneys for Defendant,
K. HOVNANIAN AMERICAN MORTGAGE, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>K. HOVNANIAN AMERICAN MORTGAGE, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. CV 10-01561-GW (JCx)<br><br>**ORDER ON STIPULATION TO DISMISS CASE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)** |

865465.1 5662.095

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

Based upon the Stipulation to Dismiss Case Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for INDYMAC BANK, F.S.B. and defendant K. HOVNANIAN AMERICAN MORTGAGE, LLC, it is hereby ordered that the above-captioned action be and hereby is dismissed in its entirety, as to all parties and causes of action, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), with the Court to retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

DATED: May 3, 2011  _____
The Hon. George H. Wu
United States District Court Judge